Dear Keith E Hottle,

im am currently Requesting my appellate
Record. please

Sincerely Lonnie pric

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO TEXAS

2015 MAY -8 AM II: 38

Keith E. Hottle

Lonnie Price #1934616
4334 Hwy 202
Beeville TX 78102

S

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
16 MAY 2015 PM 1

FOREVER USA

Keith E. Hottle (clerk of court)
Fourth Court of Appeals District
Cadena Reeves Justice Center
300 Dolorosa, Suite 3200
San antonio TX 78205-3037

782053130000